# EXHIBIT F



# Subin Associates, LLP
**Attorneys Representing the Injured for Half a Century**

150 Broadway • New York • New York 10038
TEL. (212) 285-3800 • www.subinlaw.com
FAX. (347) 771-8204

December 6, 2019

CULLEN AND DYKMAN LLP
Attorney for Defendant,
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

Re: Hadmira C. Leacock v. Speedway LLC
D/A: 6/5/2018
Index No.: 522043/2018
File No.:30444

Dear Counselor:

As you are aware, this firm represents the above-referenced plaintiff.

In response to your letter dated November 21, 2019, enclosed please find Plaintiff Notice of Availability, Verified Bill of Particulars and Response to Combined Demands dated September 16, 2019 previously served on September 16, 2019. A courtesy copy is annexed hereto.

Please provide our office with a copy of your request for the Ad Damnum as our office is not in receipt of your demand.

In addition, please find copy of Plaintiff Combined Demand.

Thank you for your attention herein.

Very truly yours,

MARIA ZIEHER, ESQ.

MCZ/sdb
Encl.