## INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page):      9/2/20

2. Deadline for first request for production of documents and first request for interrogatories:      9/2/20

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for:      plaintiff(s) ____ ; defendant(s) ____

3. Date for completion of any joinder of additional parties and amendment of the pleadings:      N/A

3(a). Number of proposed additional parties to be joined, if any, by:      plaintiff(s) 0 ; defendant(s) 0

4. Number of depositions by plaintiff(s) of:      parties 3 ; non-parties 0

5. Number of depositions by defendant(s) of:      parties 1 ; non-parties 1

6. Date of <u>status conference</u> (joint status report due two business days in advance):      _____

7. Date for completion of factual discovery:      1/4/2021

8. Are expert witnesses needed?      Yes X No ____

8(a). Number of expert witnesses, if any, of plaintiff(s):      medical 2 ; non-medical 1

8(b). Date for completion of those expert reports:      3/4/2021

8(c). Number of expert witnesses, if any, of defendant(s):      medical 3 ; non-medical 1

8(d). Date for completion of those expert reports:      5/4/2021

9. Date for completion of expert discovery:      7/2/2021

10. Date of <u>pretrial conference</u> (brief *ex parte* statements of settlement position due via email two business days in advance):      _____

11. Types of contemplated dispositive motions by plaintiff(s) <u>and</u> dates for filing of those motions:      Rule 56 on Liability 9/2/21

12.    Types of contemplated dispositive motions by
       defendant(s) and dates for filing of those motions:          _Rule 56 on Liability_
                                                                    _9/2/21_

13.    Have counsel reached any agreements regarding
       electronic discovery?  (If so, please describe at
       the initial conference.)                                     Yes ___  No X

14.    Have counsel reached any agreements for disclosure
       of experts' work papers (including drafts) and
       communications with experts?  (If so, please describe
       on a separate page.)                                         Yes ___  No X

15.    Will the parties unanimously consent to trial before a
       magistrate judge pursuant to 28 U.S.C. §636(c)?  (If
       any party declines to consent, answer no but do not
       indicate which party declined.)                             Yes ___  No X