UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HADMIRA C. LEACOCK,

                         Plaintiff,

           v.

HESS RETAIL STORES LLC, HESS CORPORATION, SPEEDWAY, LLC, and SPEEDYWAY GAS STATION,

                         Defendants.

**ORDER**
20-CV-3619 (LDH)

---

LaSHANN DeARCY HALL, United States District Judge:

       On September 2, 2020, United States Magistrate Judge James Orenstein issued a Report and Recommendation recommending that this Court deny Plaintiff's motion to remand to state court. The parties were given until September 16, 2020, to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Orenstein's Report and Recommendation in its entirety as the opinion of the Court. Accordingly, Plaintiff's motion to remand to state court is DENIED.

                                                           SO ORDERED:

Dated: Brooklyn, New York              /s/ LDH
       December 9, 2020                     LaSHANN DeARCY HALL
                                                        United States District Judge